**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SOLOMON ELIAS NIRAY**                          **DOCKET NO. 1:26-cv-0460**

**VERSUS**                                                        **JUDGE JAMES D. CAIN, JR.**

**SHAD RICE, ET AL**                                      **MAGISTRATE JUDGE AYO**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus is **DENIED AND DISMISSED** because petitioner's claims are **MOOT**.

**THUS DONE AND SIGNED** in chambers this 6th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**